Charles Wilson

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

**CHARLES WILSON**
Plaintiff(s),

v.

**LANE COUNTY SHERIFF'S OFFICE, et al.**
Defendant(s).

Case No.: 6:12-cv-00691-AA

**PRO BONO APPOINTMENT RESPONSE FORM**

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☐ Representation of Charles Wilson for all purposes is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☐ Termination of this appointment is requested based on the following conflict of interest:

_____

_____

☒ No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):

I have spoken to Mr. Wilson and reviewed the Court's Order regarding the Motion for Summary Judgment. I believe that given the time constraints in my schedule and the needs of Mr. Wilson in prosecuting this matter, another attorney should be appointed to handle this case. I am not currently able to take this case.

DATED this __8th__ day of __April, 2013__.

_/s/ signature_
Signature

James C. Edmonds, OSB #861842
Printed Name and Oregon State Bar No.